AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MANUEL FONTES-ACOSTA | CASE NUMBER: 08cr2051-BEN |

I, <u>MANUEL FONTES-ACOSTA</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/19/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Manuel Fontes Acosta
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

FILED
JUN 19 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY